UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO. 8:19-CR-224-t-17TGW

CEDRIC JUAN HOUGH.

_____/

ORDER

This cause is before the Court <u>sua sponte</u>. The Clerk's Office contacted the undersigned to inquire as to the disposition of two items received in the U.S. Mail from Defendant Cedric Juan Hough.

One document is titled "Power of Attorney Form" and the other document is titled "Affidavit of No Consent".

The Court finds the documents to be incomprehensible in relation to the pending Indictment (Dkt. 11) and directs the Clerk of Court to return them to the sender. Accordingly, it is

**ORDERED** that the Clerk's Office **shall return** the two documents "Power of Attorney Form" and "Affidavit of No Consent" to the sender.

Case No. 8:19-CR-224-T-17TGW

**DONE and ORDERED** in Chambers in Tampa, Florida on this 9th day of August, 2019.



ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to:

All parties and counsel of record